**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| LUCAS DE SOUZA-FERREIRA, | Civil Action No. 25-18142 (JXN) |
| Petitioner, | |
| v. | |
| ALEJANDRO MAYORKAS, *et al.*, | **ORDER** |
| Respondents. | |

**NEALS**, District Judge

**THIS MATTER** comes before the Court on Petitioner Lucas De Souza-Ferreira's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 challenging his continued detention. (ECF No. 1.) Respondents filed a response (ECF No. 6), Petitioner replied (ECF No. 7), and filed a supplemental Petition (ECF No. 9). The Court has carefully considered the parties' submissions and decides this matter without oral argument under Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b). For the reasons in the accompanying Opinion,

IT IS on this 20th day of March 2026,

**ORDERED** that Petitioner's Petition (ECF No. 1) is **GRANTED**, it is further

**ORDERED** Respondents shall **RELEASE** Petitioner from custody under the same conditions of release that existed immediately prior to his March 28, 2025 re-detention; and it is further

1

**ORDERED** Respondents are **PROHIBITED** from re-detaining Petitioner absent a significant likelihood of his removal in the reasonably foreseeable future; and it is further

**ORDERED** the Clerk of Court shall serve a copy of this Order and the accompanying Opinion upon the Respondent electronically and upon Petitioner by regular mail and shall **CLOSE** this matter.

JULIEN XAVIER NEALS
United States District Judge